In the Matter of JOHN H. COGAN, Deceased.— Motion for resettlement granted. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ADAMS v. DICK and Another.— Motion denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FISHEL v. BRUNSWICK REALTY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of CHARLES A. TYRRELL, Deceased.— Motion for stay denied, with ten dollars costs, upon stipulation submitted as to concessions of the facts claimed and intended to be proved on the commission. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

REILLY v. HARDY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

In the Matter of the Application for Letters of Administration de Bonis Non on the Goods, etc., of FRANK FRIEDLEBEN, Deceased. MARY FISCHER and Others, as Administrators, etc., Appellants; ERNEST E. L. HAMMER, Public Administrator of the County of Bronx, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

. THE GUARANTY TRUST COMPANY OF NEW YORK, Respondent, v. FRITZ LEOPOLD SCHMIDT, JR., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RALPH H. CLARK, as Trustee in Bankruptcy of the EUREKA TRAP ROCK COMPANY, Respondent, v. JOHN B. SCHOONMAKER and Another, Copartners etc., Appellants. (Actions Nos. 2 and 3.).— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

NATIONAL ANILINE AND CHEMICAL COMPANY, Respondent, v. HENRY LEERBURGER and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MILTON WEIL, Appellant, v. G. DEXTER RICHARDSON, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.